1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JANET BATEMAN, Bar #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JENNIFER L. COLEMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:13-cr-00109 LJO-SKO
                                       )
12              Plaintiff,             )
                                       )  STIPULATION TO CONTINUE
13        v.                           )  STATUS CONFERENCE;
                                       )  [PROPOSED] ORDER THEREON
14  SERGIO PATRICK RODRIGUEZ, et al.   )
                                       )  Date:  April 29, 2013
15              Defendant.             )  Time:  1:00 p.m.
    _____   )  Dept : Hon. Sheila K. Oberto
16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19  attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

20  for April 1, 2013, **may be continued to April 29, 2013 at 1:00 p.m.**

21        The parties have just received discovery and need additional time to review it with clients.  The

22  requested continuance will conserve time and resources for all parties and the Court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein for further plea

3 negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4

5                                   BENJAMIN B. WAGNER
                                  United States Attorney

6

7 DATED: March 28, 2013          By:   /s/ *Karen Escobar*
                                  KAREN A. ESCOBAR

8                                   Assistant United States Attorney
                                  Attorney for Plaintiff

9

10                                   JOSEPH SCHLESINGER
                                  Acting Federal Defender

11

12 DATED: March 28, 2013          By:   /s/ *Janet Bateman*
                                  JANET BATEMAN

13                                   Assistant Federal Defender
                                  Attorney for Defendant

14                                   JENNIFER COLEMAN

15

16                                   LAW OFFICE OF DALE BLICKENSTAFF

17 DATED: March 28, 2013          By:   /s/ *Dale Blickenstaff*
                                  DALE BLICKENSTAFF

18                                   Attorney for Defendant
                                  SERGIO P. RODRIGUEZ

19

20

21                               **O R D E R**

22      The parties' request for a continuance is granted.   Time is excluded in the interests of justice

23 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

24

25

26 IT IS SO ORDERED.

27 **Dated:    March 28, 2013**                  **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

28