UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER L. COLEMAN, <br><br> Defendant. | CASE NO. CR F 13-0109 LJO SKO <br><br> **ORDER ON REQUEST FOR JUDICIAL NOTICE** <br> (Doc. 64) |

As to the Government's November 20, 2013 request for judicial notice (doc. 64), this Court:

1. DENIES without prejudice judicial notice as to requested items 1 and 2 in that supporting internet link for them indicates "Page Not Found" with a notation that the page "does not exist or was moved." The Government may resubmit a request for judicial notice with adequate support for this Court's consideration;

2. GRANTS tentatively judicial notice as to requested items 3 and 4 subject to defendants' opposition, if any, to be filed and served no later than December 3, 2013.

IT IS SO ORDERED.

Dated: **November 25, 2013**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

1