UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> JENNIFER L. COLEMAN, <br><br> Defendant. _____/ | CASE NO. CR F 13-0109 LJO SKO <br><br> **ORDER ON OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE** <br> (Docs. 75, 79) |

As to defense objections (docs. 75, 79) to the Government's November 20, 2013 request for judicial notice (doc. 64), this Court:

1. OVERRULES the relevance objections to requested items 1, 2 and 4. Striking a match on the ground as a helicopter flew overhead would not fit into the statutes. There is a **factual** element as to the laser's strength to address interference with or disabling an aircraft; and

2. SUSTAINS the defense objection to requested item 3 in that it is not indisputable (and thus is disputable) for judicial notice and whether the laser is illegal is irrelevant.

IT IS SO ORDERED.

Dated: __**December 2, 2013**__  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1