# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:13-cr-00109-LJO-SKO |
| Plaintiff, | **ORDER AFTER *IN CAMERA* INSPECTION OF INVESTIGATIVE FILES AND PROTECTIVE ORDER THEREON** |
| v. | |
| SERGIO PATRICK RODRIGUEZ and JENNIFER COLEMAN, | |
| Defendants. | |

Pursuant to the Court's Order of November 25, 2013, an in camera inspection of the personnel files of the following personnel employed by the Clovis Police Department was conducted on December 6, 2013:

1. Officer Christopher Peters
2. Officer Steve Cleaver
3. Officer Angel Velasquez
4. Lead Public Safety Dispatcher Sherri McClannan
5. Evidence Technician Ben Campos

Appearing on behalf of the Clovis Police Department personnel were Jenell Van Bindsbergen, Esq., Deputy City Attorney, Lozano Smith; and Lieutenant John Palm, Custodian of Records for the Clovis Police Department.

On that same day, the Court conducted and in camera inspection of the personnel files of the following personnel employed by the Fresno Police Department:

1. Officer Kenneth Schneider, and
2. Officer George Valdez

Appearing on behalf of the Fresno Police Department personnel were Larry Donaldson, Esq., Senior Deputy City Attorney; and John R. Waterman, Esq., Senior deputy City Attorney.

On December 9, 2013, the court conducted a follow-up in camera inspection of the Clovis Police Department personnel's files.

Having conducted the in camera inspection and for good cause shown, the Court orders production of the following documents to defense counsel and counsel for the United States by December 12, 2013:

Officer Angel Velasquez

Those portions of the investigative file pertaining to Citizen Complaint #12-09 consisting of the Citizen Complaint and the Investigation Report.

Officer Christopher Peters

Those portions of the investigative file pertaining to Citizen Complaint #10-04 consisting of the Citizen Complaint and the Investigation Report.

Officer Steve Cleaver

1. Those portions of the investigative file pertaining to IA Investigation # 13-06 consisting of the Investigation Report and attachments with the exception of the following:

   a. CD of interview with witness and subject officer (written transcript already included); and

   b. Notices given to witness officers who are not related to the instant criminal proceedings.

2. Those portions of the investigative file pertaining to IA Investigation # 11-04 relating to Officer Cleaver only. This investigative file will be redacted to exclude reference to any other subject officer(s) involved in the investigation.

The Court further orders that the documents produced from the investigative files, pursuant to this Order, are subject to the following Protective Order. Each side, plaintiff and all defendants, will each

receive one copy of the investigative files. No portion of the investigative files may be further photocopied. The parties, and their attorneys, may use the documents only for purposes directly related to this litigation. The parties, and their attorneys, may not otherwise disseminate the investigative files, or any portion thereof, produced by the Clovis Police Department pursuant to this Order. Upon conclusion or resolution of this litigation, and following the expiration of any applicable appeal period, the parties, and their attorneys, are ordered to return the copies of the investigative files to Clovis Police Department.

IT IS SO ORDERED.

Dated: **December 9, 2013**  /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE